| From: | Justice Gina Palafox |
|---|---|
| To: | Chief Justice Jeff Alley; Justice Lisa Soto |
| Cc: | Madison Pevey; Crystal Almanza; Stuart Alfsen |
| Subject: | RE: Draft dismissal opinion Gaudet 08-24-00404-CV to circulate |
| Date: | Monday, December 16, 2024 2:43:17 PM |

I also agree and join.

GP

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Monday, December 16, 2024 2:37 PM
**To:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Cc:** Madison Pevey <Madison.Pevey@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Subject:** RE: Draft dismissal opinion Gaudet 08-24-00404-CV to circulate

Agree and join. CJA

**From:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Sent:** Monday, December 16, 2024 2:31 PM
**To:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>; Justice Gina Palafox <Gina.Palafox@txcourts.gov>
**Cc:** Justice Lisa Soto <Lisa.Soto@txcourts.gov>; Madison Pevey <Madison.Pevey@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>
**Subject:** Draft dismissal opinion Gaudet 08-24-00404-CV to circulate

Good afternoon.

This is an agreed motion to dispose of the appeal by setting aside the tr ct JM and remanding to effect the parties' agmt.

Please share your vote.

Thank you,
LJS